IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MAXWELL, | CASE NO. CV F 08-1127 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | |
| SEQUOIA SYSTEMS, INC., | |
| Defendant. | |

Based on the plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 8), and pursuant to the parties' settlement agreement, this Court:

1. DISMISSES this action with prejudice; and
2. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 5, 2009**              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE

1